# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MAZZETTA COMPANY, LLC | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv |
| | ) | |
| v. | ) | Judge Jeffrey I. Cummings |
| | ) | |
| MATTHEW SIMPSON and MONARCH TRADING, LLC | ) | Magistrate Judge Gabriel A. Fuentes |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

NOW COMES Plaintiff, Mazzetta Company, LLC ("Mazzetta"), by and through its attorneys, David J. Stein, Aaron Klein, and Andrea Nieto of Greenberg Traurig, LLP, and hereby respectfully moves this Court for leave to file Exhibits 1-4 to the Declaration of Peter Szponder which is attached as Exhibit B to Plaintiff's Memorandum in Support of its Motion for Temporary Restraining Order under seal. In support of its motion, Mazzetta states as follows:

1. Contemporaneously herewith, Plaintiff is filing a Motion for Temporary Restraining Order and Memorandum in Support of the same against Defendants Matthew Simpson and Monarch Trading, LLC ("Defendants"), seeking emergency injunctive relief due to the breach of Simpson's contractual and other obligations to Mazzetta and Monarch's interference with the same, as well as Defendants' misappropriation of Mazzetta's confidential and proprietary trade secret information.

2. In support of its Motion, Plaintiff filed a Declaration in support from Peter Szponder, IT Director for Mazzetta.

3. The Court for good cause shown may enter an order directing that a pleading or document be filed under seal. L.R. 26.2(b).

4. Good cause exists to file the above referenced exhibits under seal, because they contain confidential and/or sensitive and proprietary business information, including but not limited to pricing, margins, costs, inventory amounts, customer contact information, business strategies, and other information deemed Confidential pursuant to the proposed Confidentiality Order submitted to the Court by Mazzetta and also because the materials are confidential, proprietary, and/or contain trade secret material.

5. Pursuant to Local Rule 26.2(c)(1), Plaintiff is provisionally filing Exhibits 1-4 to the Declaration of Peter Szponder under seal in connection with this Motion for Leave to File Exhibits Under Seal and Plaintiff's Motion for Temporary Restraining Order and Memorandum in Support of the same.

WHEREFORE, Plaintiff respectfully requests that the Court grant its Motion for Leave to File Exhibits Under Seal, and grant any other and further relief that the Court deems equitable and just.

Date: March 27, 2024            Respectfully submitted,

**MAZZETTA COMPANY, LLC**

By: */s/ David J. Stein*

David J. Stein (ARDC # 6307086)
Aaron Klein (ARDC #6324173)
GREENBERG TRAURIG, LLP
77 W. Wacker Drive, Suite 3100
Chicago, Illinois 60601
T: (312) 456-1003
F: (312) 456-8435

David.Stein@gtlaw.com
Aaron.Klein@gtlaw.com


Andrea E. Nieto (Fla. Bar No. 98039)
GREENBERG TRAURIG, P.A.
101 E Kennedy Blvd. Suite 1900
Tampa, Florida 33602
Telephone: (813) 318-5709
Fax: (813) 318-5900
Andrea.Nieto@gtlaw.com
(*Admission to ND Illinois Pending*)

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I, David J. Stein, certify that on March 27, 2024, a true and correct copy of **PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL** was served electronically on all counsel through the Court's ECF system.

      /s/ *David J. Stein*
      One of Plaintiff's Attorneys